IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD DORSEY,<br><br>      Plaintiff,<br><br>v.<br><br>EASY T.V. & APPLIANCE RENTAL OF GEORGIA, INC.<br><br>      Defendant. | CIVIL ACTION NO.<br>1:16-CV-00186-MHC |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE**

COME NOW Plaintiff Donald Dorsey and Defendant Easy T.V. & Appliance Rental of Georgia, Inc. (collectively, the "Parties"), by and through their undersigned counsel, and jointly move that the Court approve the Parties' settlement in accordance with applicable law and dismiss this matter, with prejudice. In support of this Motion, the Parties submit the accompanying Memorandum of Law and incorporate it herein by reference.

WHEREFORE, the Parties respectfully request the Court grant this Motion and enter the Proposed Order: (1) approving the Parties' settlement; (2) dismissing this action with prejudice; and (3) retaining jurisdiction over this case to enforce the Parties' Settlement Agreement.

Respectfully submitted this 1st day of July, 2016.

| | |
|---|---|
| */s/ Benjamin Stark* | */s/ Shannon R. Creasy* |
| Benjamin Stark | Bradley E. Strawn |
| Georgia Bar No.  601867 | Georgia Bar No. 004419 |
| bstark@justiceatwork.com | bstrawn@littler.com |
| BARRETT & FARAHANY, LLP | Shannon R. Creasy |
| 1100 Peachtree Street N.E. | Georgia Bar No. 228358 |
| Suite 500 | screasy@littler.com |
| Atlanta, GA 30309 | LITTLER MENDELSON, P.C. |
| Telephone: 404.214.0120 | 3344 Peachtree Road N.E. |
| Facsimile:   404.214.0125 | Suite 1500 |
| | Atlanta, GA  30326.4803 |
| Attorney for Plaintiff | Telephone:   404.233.0330 |
| | Facsimile:   404.233.2361 |
| | |
| | Attorneys for Defendant |
| | Easy T.V. & Appliance Rental of Georgia, Inc. |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD DORSEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EASY T.V. & APPLIANCE RENATL OF GEORGIA, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:16-CV-00186-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2016, this **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE** was submitted to the Clerk using the CM/ECF system which will send notification of such filing to Plaintiff's counsel of record as follows:

Benjamin Stark
BARRETT & FARAHANY, LLP
1100 Peachtree Street NE, Suite 500
Atlanta, GA 30309
bstark@justiceatwork.com


　　　　　　　　　　　　　　　　*/s/ Shannon R. Creasy*
　　　　　　　　　　　　　　　　Shannon R. Creasy
　　　　　　　　　　　　　　　　Georgia Bar No. 228358