IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD DORSEY, <br><br> Plaintiff, <br><br> v. <br><br> EASY T.V. & APPLIANCE RENTAL OF GEORGIA, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:16-CV-186-MHC |

## ORDER

Before the Court is Plaintiff and Defendant's Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice (the "Joint Motion") [Doc. 23].

The Court reviewed the Settlement Agreement, attached as Exhibit 1 to the Joint Motion, to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216 (2012). See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement for the parties are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement

Agreement is reached in an adversarial context where the parties had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payments of the settlement amounts shall be made as provided in the Settlement Agreement. The costs of litigation, including attorneys' fees, shall be paid as stated in the Settlement Agreement.

Accordingly, the Court **GRANTS** Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice (the "Motion") [Doc. 23], **APPROVES** the parties' Settlement Agreement, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 5th day of July, 2016.

_____
MARK H. COHEN
United States District Judge